# ELECTRONIC RECORD

1654-14
1655-14

COA # 07-13-00268-CR          OFFENSE: 1

STYLE: Rodolfo Gonzales v. The State of Texas          COUNTY: Lubbock

COA DISPOSITION: AFFIRMED          TRIAL COURT: 364th District Court

DATE: 12/04/14          Publish: NO     TC CASE #: 2012-435,536

## IN THE COURT OF CRIMINAL APPEALS

1654-14
1655-14

STYLE: Rodolfo Gonzales v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____